FILED
CLERK, U.S. DISTRICT COURT

JUL - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN ROSS KNISLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS,<br><br>　　　　　Respondent. | No. CV 12-2558 GAF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 7/6/13

GARY A. FEESS
United States District Judge